# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LIGHTING SCIENCE GROUP CORPORATION,**

      Plaintiff,

v.                             Case No: 6:16-cv-679-Orl-37GJK

**SELS USA LLC,**

      Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon the Notice of Settlement and Dismissal without Prejudice filed September 6, 2015 (Doc 16) indicating that this case has settled. Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITHOUT PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. All pending motions are denied as moot and all deadlines are terminated.

The Court declines to retain jurisdiction. If the either party fails to uphold its end of the settlement agreement, a separate suit may be filed to enforce the agreement. Therefore, leaving this case open to retain jurisdiction is unnecessary

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 7th day of September, 2016.



ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record